UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _12-3474 - AMS_

UNITED STATES OF AMERICA

vs.

CARLOS LACAYO,

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____

Benjamin C. Coats
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501785
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9198
FAX (305) 530-7976

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CARLOS LACAYO,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 12-3474-AMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 7, 2011 _____ in the county of _____ Miami-Dade _____ in the
___ Southern ___ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1073 | On or about June 7, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant, Carlos LACAYO, did knowingly and willfully move or travel in interstate or foreign commerce with intent to avoid prosecution for the felony crime of Driving Under the Influence/Manslaughter, Florida Statute Section 316.193(3), in violation of Title 18, United States Code, Section 1073. |

This criminal complaint is based on these facts:

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the facts in the attached affidavit.

☑ Continued on the attached sheet.

.

_____
*Complainant's signature*

___ Douglas Kimberley, FBI Task Force Officer ___
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___ 11/01/2012 ___

_____
*Judge's signature*

City and state: _____ Miami, Florida _____

___ Andrea M. Simonton, U.S. Magistrate Judge ___
*Printed name and title*

## AFFIDAVIT

I, Douglas Kimberley, an FBI Task Force Officer, being duly sworn, hereby depose and say:

1.      I am a Detective in the Miami-Dade Police Department Warrants Bureau in Miami, Florida.  I have been a fugitive investigator for ten years, and I have been an FBI Task Force Officer on the Violent Crimes / Fugitive Task Force since December 2008.

2.      The statements contained in this affidavit are based on my personal knowledge, as well as information provided by other law enforcement officers, who I believe to be reliable. This affidavit is being submitted for the sole purpose of establishing probable cause that Carlos LACAYO did knowingly and willfully move or travel in interstate or foreign commerce with intent to avoid prosecution for the felony crime of Driving Under the Influence/Manslaughter, Florida Statute Section 316.193(3), in violation of Title 18, United States Code, Section 1073. I have not included in this Affidavit every fact and circumstance known to law enforcement, but only the facts I believe are necessary to establish probable cause.

3.      By letter dated October 5, 2011, addressed to the United States Attorney's Office in Miami, Florida, Katherine Fernandez Rundle, State Attorney for Miami-Dade County, Florida, requested the assistance of the FBI under the Unlawful Flight to Avoid Prosecution (UFAP) statute, Title 18, United States Code, Section 1073, to locate and apprehend LACAYO, who is being sought by the County of Miami-Dade, State of Florida, for the following felony crimes committed on or about March 5, 2011:   Five counts of Driving Under the Influence / Manslaughter and five counts of Vehicular Homicide.

4.      LACAYO was interviewed by law enforcement shortly after the traffic incident that gave rise to the felony charges referenced in paragraph 2 of this affidavit.  He admitted to

officers that he had been drinking.  According to LACAYO's mother, shortly after March 5, 2011, he knew his blood had been drawn and processed for toxicology.  A friend of LACAYO's stated during a deposition in a related civil case that he visited LACAYO in the hospital right after the incident, where they watched a news report discussing how much time in prison LACAYO could be facing.

5.      On August 9, 2011, a warrant was issued by Circuit Court Judge Beth Bloom, 11th Judicial Circuit, Miami-Dade County, Florida, authorizing the arrest of LACAYO for committing the above-cited felony offenses.

6.      Since the issuance of the warrant for LACAYO, he has avoided apprehension by the Miami-Dade Police Department and remains at large.  From information provided by Customs and Border Protection, it is believed that he is no longer in the State of Florida and has fled to his native Nicaragua.  Immigration records show that LACAYO departed through Miami International Airport in Miami, Florida, on a flight for Nicaragua, on or about June 7, 2011.

7.      LACAYO is white and male.  He was born on March 26, 1987.  He is five feet, five inches tall, with black hair and brown eyes.

8.      The State Attorney's Office has made the representation that the State of Florida will extradite and prosecute LACAYO if he is apprehended in another state, district, or territory of the United States, and that the State of Florida will bear all expenses arising therefrom.

9.      Based on the foregoing facts, I submit that probable cause exists that Carlos LACAYO committed the offense described in paragraph 2 of this affidavit.

**FURTHER AFFIANT SAYETH NAUGHT.**

Douglas Kimberley
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 1st day
of November 2012, in Miami, Florida

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

3

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.

CARLOS LACAYO,

_____

*Defendant*

)
)
)
)
)
)

Case No. 12-3474-AMS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CARLOS LACAYO                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☑ Complaint

❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:
  Unauthorized Flight to Avoid Prosecution, Title 18, United States Code, Section 1073.

Date:   11/01/2012

*Issuing officer's signature*

City and state:     Miami, Florida

_____Andrea M. Simonton, U.S. Magistrate Judge_____
*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _12 - 3474 - AMS_

## BOND RECOMMENDATION

DEFENDANT: CARLOS LACAYO

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:    Benjamin C. Coats

Last Known Address: 600 NW 32nd Place, #312

Miami, FL  33125

_____

What Facility: _____

_____

Agent(s):    Douglas Kimberley
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
Task Force Officer, FBI